# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| WILLIAM JOHN VELLIOS | : | CASE NO. : 17-61023 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | MOTION FOR DISMISSAL |

**************************************************************************

**Now comes the Standing Chapter 13, Trustee, Toby L. Rosen**, and requests that the case be **DISMISSED** because of the following:

The Debtor filed a petition for relief under Chapter 13 on May 4, 2017.
  a. The plan is not confirmable.
  b. Payments have not been made in accordance with the filed plan.
  c. The debtor failed to provide information requested in the Notice of Noncompliance:

  Proof of ownership of all real estate to which debtor has interest
  Need information from attorney for estate and business
  Need appraisal of French Napoleon gold coins

**Because of the above**, the Debtors is causing an unreasonable delay in the administration of the case that is prejudicial to the Creditors, and therefore, the Trustee requests that the above named case be **dismissed** pursuant to Bankruptcy Code 1307(c)(1).

/S/Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I certify that on August 21, 2017, a true and correct copy of the MOTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    EDWIN BREYFOGLE ESQUIRE, on behalf of WILLIAM JOHN VELLIOS, at edwinbreyfogle@sssnet.com

And by regular U.S. Mail, postage prepaid, on:

    WILLIAM JOHN VELLIOS
    4161 WALES RD NW
    MASSILLON, OH 44646

    /s/ Toby L. Rosen
    Toby L. Rosen, Chapter 13 Trustee
    400 West Tuscarawas Street, 4th Floor
    Canton, Ohio 44702
    330-455-2222

## NOTICE OF MOTION FOR DISMISSAL AND NOTICE OF HEARING

**TOBY L. ROSEN, the Standing Chapter 13 Trustee,** has filed papers with the Court to **DISMISS** your case.

**Your rights may be affected.** **You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the Court to DISMISS your case, or if you want the Court to consider your views on the DISMISSAL, then on or before SEPTEMBER 11, 2017, you or your attorney must file with the Court an objection, and attend a Hearing on said objection on SEPTEMBER 27, 2017 at 1:30 PM at:**

> **United States Bankruptcy Court**
> **Ralph Regula Federal Building**
> **401 McKinley Ave, S.W.**
> **Canton, OH 44702**

You must also mail a copy to:

> **Toby L. Rosen, Chapter 13 Trustee**
> **400 Tuscarawas Street, 4th Floor**
> **Canton, Ohio 44702**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the dismissal.

> /S/Toby L. Rosen
> Toby L. Rosen, Chapter 13 Trustee