IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | CASE NO. 17-61023 |
| WILLIAM JOHN VELLIOS | CHAPTER 13 |
| | JUDGE RUSS KENDIG |
| Debtor | |

## RESPONSE TO MOTION TO DISMISS

Comes now the Debtor herein and requests a hearing on the Motion to Dismiss filed by the Trustee.

The hearing is set for **September 27, 2017 at 1:30 p.m.** at the Ralph Regula Federal Building, 401 McKinley Ave SW, Canton, OH 44702.

/S/ Edwin H. Breyfogle
Edwin H. Breyfogle
Ohio Reg. No. 0000822
Attorney for Debtors
108 Third St NE
Massillon, OH 44646
(330) 837-9735

## CERTIFICATE OF SERVICE

The undersigned certifies that on 23rd day of August, 2017, a true and correct copy of the foregoing Response to Motion to Dismiss was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

_____*Toby L. Rosen        trosen@chapter13canton.com

/S/ Edwin H. Breyfogle
Edwin H. Breyfogle
Attorney for Debtor