IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| WILLIAM JOHN VELLIOS | : | CASE NO: 17-61023 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | NOTICE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, and states that the Hearing for the Motion to Dismiss Case and Responses thereto has been continued to OCTOBER 25, 2017, at 2:00 p.m. at the United States Bankruptcy Court, Ralph Regula Federal Bldg., 401 McKinley Avenue S.W., Canton, Ohio 44702.

The Continuance is necessary due to the following:

Trustee's Motion to Dismiss pending

## CERTIFICATE OF SERVICE

I certify that on October 12, 2017, a true and correct copy of the NOTICE was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

EDWIN BREYFOGLE ESQUIRE, on behalf of WILLIAM JOHN VELLIOS, at edwinbreyfogle@sssnet.com

And by regular U.S. Mail, postage prepaid, on:

WILLIAM JOHN VELLIOS
4161 WALES RD NW
MASSILLON, OH 44646

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 West Tuscarawas Street, 4th Floor
Canton, Ohio 44702
330-455-2222